1

2   BARBARA HOPE O'NEILL #102968
    Attorney at Law
3
    2014 Tulare Street, Suite 510
4   Fresno, California  93721
    Telephone:  (559) 459-0655
5
6   Attorney for Francisco Mendoza Morales

7

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,  )   CASE NO. CRF 05-00350  LJO
                                )
13                              )
                                )   STIPULATION TO CONTINUE;
14            Plaintiff,         )   PROPOSED ORDER
                                )
15                              )
        vs.                     )
16   Francisco Mendoza Morales, )
                                )
17           Defendant.         )
     _____)
18
         It is hereby stipulated between the parties that the current court date of May 18, 2007
19   at 9 a.m. be continued to June 22, 2007 at 9 a.m.
         The reason for the continuance is that defense counsel had applied for funds for a
20   psychologist which funds were approved last week.  The doctor will need until the
     requested date to do the evaluation of the defendant.
21

22   DATED:  May 14, 2007          /s/    Kevin P. Rooney____
                                       KEVIN P. ROONEY
23                                     Assistant U.S. Attorney

24
     DATED:  May 14, 2007          /s/  Barbara Hope O'Neill____
25                                    BARBARA HOPE O'NEILL
                                   Attorney for Francisco Morales
26

27

28

ORDER

The Court has received and reviewed the stipulation and the stated reasons therefore. It is ordered that the court date for Francisco Mendoza Morales (05-350) be continued to June 22, 2007 at 9 a.m.     The Court finds good cause, both for the continuance and for the exclusion of time.


<u>IT IS SO ORDERED.</u>

**Dated:     May 14, 2007                          /s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE