```
McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497- 4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )  | 1:05 CR 350 |
|                                      )  |  |
|               Plaintiff,             )  | ORDER FOR DEFENDANT'S TREATMENT |
|                                      )  | AND HOUSING |
|       v.                             )  |  |
|                                      )  |  |
| FRANCISCO MENDOZA MORALES,           )  |  |
|                                      )  |  |
|               Defendant.             )  |  |

The Court has received and reviewed the report from Dr. Laura Geiger, the evaluating psychologist, and with the concurrence of both counsel for the defendant and for the Government, finds that the defendant is presently suffering from a mental defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense and pursuant to the statutory mandate of 18 United States Code §4241(d)(1):

IT IS HEREBY ORDERED that the defendant is committed to the custody of the Attorney General of the United States, and the Marshal's Service shall forthwith transport the defendant to the

1

```
 1  Medical Center for Federal Prisoners in Springfield, Missouri, or
 2  another suitable facility, where the defendant shall be assessed,
 3  treated as necessary, and housed.  The status hearing set for July
 4  13th, 2007 is hereby vacated, and the Court will calendar a status
 5  hearing for 90 days out to make certain that there is no risk that
 6  the defendant will become lost within the system.  The status
 7  hearing will take place on Friday, October 12, 2007 at 8:55 a.m.
 8
 9
10                              IT IS SO ORDERED.
11  Dated:   June 28, 2007           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE
12
```

2