McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:05-CR-00350 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE DATE |
| v. ) | FOR STATUS CONFERENCE |
| ) | |
| ) | DATE:   January 11, 2008 |
| FRANCISCO MENDOZA MORALES, ) | TIME:    8:45 a.m. |
| et al., ) | PLACE: Courtroom 4 |
| ) | |
| Defendants. ) | Honorable Lawrence J. O'Neill |
| ) | |

Upon the stipulation of the parties and good cause appearing, specifically the unavailability of counsel due to involvement in trial, and the absence of the psychiatric report which is needed for evaluation,

IT IS HEREBY ORDERED that the status conference presently set for January 11, 2008 at 8:45 a.m. is continued until February 22, 2008, at 9:00 a.m., to be heard before the Honorable Lawrence J. O'Neill, Courtroom 4.

IT IS SO ORDERED.

**Dated:   January 10, 2008**               /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

1