```
McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-CR-350 |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL OF |
| | ) | INDICTMENT AND RECALL OF |
| v. | ) | WARRANT |
| | ) | |
| FRANCISCO MENDOZA MORALES, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant FRANCISCO MENDOZA MORALES, only, without prejudice and in the interest of justice, and any warrant shall be recalled.

IT IS SO ORDERED.

**Dated:   April 30, 2008**               /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1